# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

MAURICE O. CURTIS
v.
WOODLAWN COMMUNITY DEVELOPMENT CORPORATION

Case Number:

FILED: JULY 30, 2008
08CV4322
JUDGE KENDALL
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MAURICE O. CURTIS

PH

| | |
|---|---|
| **NAME (Type or print)**<br>ERNEST T. ROSSIELLO | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Ernest T. Rossiello | Digitally signed by Ernest T. Rossiello<br>DN: cn=Ernest T. Rossiello, o=Ernest T. Rossiello & Associates, P.C., ou=Attorney at Law, email=retrlaw@aol.com, c=US<br>Date: 2008.07.29 15:32:52 -05'00' |
| **FIRM**<br>Ernest T. Rossiello & Associates, P.C. | |
| **STREET ADDRESS**<br>134 N LaSalle Street | |
| **CITY/STATE/ZIP**<br>Chicago IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2397137 | TELEPHONE NUMBER<br>312.346.8920 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐