# United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4322   Assigned/Issued By: j. n.

Judge Name: kendall   Designated Magistrate Judge: ashman

---

## FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 2979820

Date Payment Rec'd: 7-30-08   Fiscal Clerk: j. n.

---

## ISSUANCES

☑ Summons                          ☐ Alias Summons
☐ Third Party Summons              ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                   *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets      ☐ Other
☐ Writ _____
   *(Type of Writ)*                *(Type of issuance)*

1 Original and 0 copies on 7-30-08 as to defendant
                          *(Date)*